**IN THE IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FUTURES EDUCATION, LLC, a Massachusetts limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>URBAN PREP ACADEMIES, an Illinois not-for-profit corporation,<br><br>    Defendant. | Case No. 19-CV-04572 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, FUTURES EDUCATION, LLC and the Defendant, URBAN PREP ACADEMIES, through their respective counsel, as follows:

1. The above-captioned action is dismissed, ***without prejudice*** as to Defendant URBAN PREP ACADEMIES;

2. Pursuant to the terms of the Settlement Agreement and Release, Defendant URBAN PREP ACADEMIES' obligations under the Settlement Agreement will not terminate until fifteen (15) payments have been made to Plaintiff FUTURES EDUCATION, LLC;

3. Upon the final payment by URBAN PREP ACADEMIES under the Settlement Agreement, this dismissal will convert to a dismissal with prejudice.

4. Should Defendant URBAN PREP ACADEMIES default on obligations under the Settlement Agreement and Release, Plaintiff FUTURES EDUCATION, LLC upon

2838280v.1

2

motion shall have leave to reinstate this matter and this Court will retain jurisdiction under any such reinstatement;

5. Each party shall bear its own costs and attorney fees.

Dated: January ___, 2020               Respectfully submitted,

FUTURES EDUCATION, LLC                 URBAN PREP ACADEMIES

_____                _____
 Kara Allen                            Kimberly E. Blair
Gutnicki LLP                           Wilson Elser, LLP
4711 Golf Road, Suite 200              55 W. Monroe, Suite 3800
Skokie, Illinois 60076                 Chicago, IL
Phone: (847)-745-6594                  Phone: 312-821-6139
Email: akaye@gutnicki.com              Email: Kimberly.blair@wilsonelser.com

2838280v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September ___, 2019, I filed the following document Defendant Urban Prep Academies' Answer to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

**Aharon S. Kaye**
Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, Illinois 60076
Phone: (847)-745-6594
Email: akaye@gutnicki.com

                                    Kimberly E. Blair

2838280v.1